1  BROOKS R. BROWN (SBN 250724)
   *bbrown@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   601 S. Figueroa St., 41st Floor
3  Los Angeles, CA  90017
   Tel.: 213.426.2500
4  Fax.: 213.623.1673

5  THOMAS M. HEFFERON (pro hac vice)
   *thefferon@goodwinprocter.com*
6  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
7  Washington, DC  20001
   Tel.: 202.346.4000
8  Fax.: 202.346.4444

9  Attorneys for all Defendants

10 [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

11

12               **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

14                      **WESTERN DIVISION**

| | |
|---|---|
| HEATH O. WHITE; FRANCIS G. SIZEMORE and REBECCA SIZEMORE; EDWARD MARINI; KIMBERLY MENICHETTI and PHILIP D. MENICHETTI; and SEQUESTA L. WASHINGTON, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>COUNTRYWIDE FINANCIAL CORP.; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE TAX SERVICES CORP.; LANDSAFE, INC.; LANDSAFE APPRAISAL SERVICES, INC.; LANDSAFE CREDIT, INC.; and LANDSAFE FLOOD DETERMINATION, INC,<br><br>              Defendants. | Case No. 2:07-cv-06094-DDP-AJW<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE**<br><br>Courtroom:  3<br>Judge:         Hon. Dean D. Pregerson |

LIBA/2430619.1

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41(a), **IT IS** hereby **STIPULATED** and |
| 2 | **AGREED** that all claims by Plaintiffs Francis and Rebecca Sizemore, Edward |
| 3 | Marini, Kimberly and Phillip Menichetti, and Sequesta Washington (collectively, |
| 4 | "Plaintiffs") against Defendants named as Countrywide Tax Services Corp., |
| 5 | LandSafe, Inc., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe |
| 6 | Flood Determination, Inc., Countrywide Financial Corporation, Bank of America |
| 7 | Corporation, Countrywide Home Loans, Inc. (and a now-merged subsidiary, Full |
| 8 | Spectrum Lending, Inc.), Countrywide Bank, FSB (and its predecessor Countrywide |
| 9 | Bank, N.A.), and Countrywide KB Home Loans, LLC in the above-captioned |
| 10 | matter, be and are hereby dismissed with prejudice, without costs or attorneys' fees |
| 11 | to any party, with each party waiving any right to appeal. |

Respectfully submitted,

Dated: August 30, 2013        By:  /s/ Brooks R. Brown
BROOKS R. BROWN
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax:  213.623.1673

THOMAS M. HEFFERON *(pro hac vice)*
*thefferon@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000
Fax:  202.346.4444

Attorneys for ALL Defendants:

| | | |
|---|---|---|
| Dated: August 30, 2013 | By: | /s/ Joe R. Whatley Jr.      (w/consent) |

JOE R WHATLEY , JR
*jwhatley@whatleykallas.com*
**Whatley Kallas LLC**
380 Madison Avenue 23rd Floor
New York, NY 10017
Tel.: 212-447-7060
Fax: 800-922-4851

ALAN M MANSFIELD
*alan@clgca.com*
**THE CONSUMER LAW GROUP**
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel.: 619.308.5034
Fax: 888.341.5048

Attorneys for Plaintiffs